FILED

2019 AUG -1 PM 1: 18

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 19-8022　　　　　　　　　　　　　　　　　　DIVISION 6

THERESA RIVERA and CHRISTOPHER RIVERA

VERSUS

WALMART, INC.

FILED: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## PETITION FOR DAMAGES, WRONGFUL DEATH AND SURVIVAL ACTION

NOW COMES petitioners, THERESA RIVERA, individually, as the survivor and wrongful death beneficiary of Aurelio Rivera; and CHRISTOPHER RIVERA as the survivor and wrongful death beneficiary of Aurelio Rivera.

### PARTIES

1.

The following are made parties herein:

a.　Made petitioner is THERESA RIVERA who is a person of the full age of majority and domiciled in the Parish of Orleans, and who appears herein as the survivor and wrongful death beneficiary of AURELIO RIVERA, deceased;

b.　Made petitioner is CHRISTOPHER RIVERA who is a person of the full age of majority and domiciled in the Parish of Orleans, and who appears herein as the survivor and wrongful death beneficiary of AURELIO RIVERA, deceased;

c.　Made defendant is WALMART, INC. which is a foreign corporation authorized to do and doing business in the Parish of Orleans, State of Louisiana, for the following reasons, to-wit:

### FACTS

2.

On April 5, 2019, AURELIO RIVERA was a patron at the WALMART, INC. store located at 4301 Chef Menteur Highway, Parish of Orleans, State of Louisiana.

# Exhibit "A"

3.

Suddenly and without warning, AURELIO RIVERA slipped and fell in the produce section of the store due to a hazardous condition which existed on the floor of the store.

4.

As a result of the fall on April 5, 2018, AURELIO RIVERA was severely injured, suffered and eventually died as a direct result of his fall at WALMART, INC.'s store.

5.

Petitioner, THERESA RIVERA, was the wife of AURELIO RIVERA on April 5, 2018 and she is a survival and wrongful death beneficiary of AURELIO RIVERA pursuant to Louisiana Civil Code Articles 2315.1 and 2315.2.

6.

Petitioner, THERESA RIVERA, was called to the scene of the event shortly after her husband, AURELIO RIVERA fell at defendant's store and watched and witnessed the suffering of her husband AURELIO RIVERA at the store; during transport to the hospital and during his hospitalization both before and after his first and second surgery.

7.

Petitioner, THERESA RIVERA is further entitled to damages pursuant to Louisiana Civil Code Article 2315:6.

8.

Petitioner, CHRISTOPHER RIVERA, is the son of AURELIO RIVERA, and he is a survival and wrongful death beneficiary of AURELIO RIVERA pursuant to Louisiana Civil Code Articles 2315.1 and 2315.2.

9.

As a result of the fall, AURELIO RIVERA fractured his femur and on April 10, 2019 underwent surgery to repair the fracture.

On April 10, 2019, AURELIO RIVERA died from complications of that surgery.

## LIABILITY OF THE DEFENDANTS

10.

The above-described accident and ensuing injuries to AURELIO RIVERA and your petitioners THERESA RIVERA and CHRISTOPHER RIVERA were caused solely by no fault

2

of their own, but were caused solely by the negligence of the defendant, WAL-MART STORES, INC.'s employer at its store on Chef Menteur Highway in the following, but not necessarily exclusive, acts and/or omissions of negligence:

A. Failure to properly maintain premises;

B. Failure to warn customers of known dangerous/hazardous conditions;

C. Failing to adequately inspect property and/or premises for hazardous conditions in violation of LSA-R.S. 9:2800.6(A);

D. Placing customers in a perilous situation by lack of inspection, repair and/or maintenance of the cooler;

E. Failure to correct a known hazardous condition;

F. Failure to protect customer from a known dangerous condition;

G. Failure to keep its aisles and floors in a reasonably safe condition in violation of LSA-R.S. 9:2800.6(A);

H. Creation of a hazardous condition in violation of LSA-R.S. 9:2800.6(B)(2);

I. Failure to exercise reasonable care in violation of LSA-R.S. 9:2800.6(B)(3);

J. Failure to maintain its aisles and floors in a reasonably safe condition in violation of LSA-R.S. 9:2800.6(A); and

K. Any and all other acts of negligence which will be learned through discovery.

## DAMAGES

11.

Petitioners reallege and reassert all other allegations herein and further states as follows:

12.

The petitioners, THERESA RIVERA and CHRISTOPHER RIVERA itemize their damages associated with the survival claims arising out of the injuries and death of AURELIO RIVERA as follows:

A. Physical pain and suffering and disability;

B. Mental anguish;

C. Medical expenses;

D. Loss of enjoyment of life; and

E. Loss of support and consortium, love and affection.

3

13.

The petitioner, THERESA RIVERA itemizes her damages associated with the wrongful death claims arising out of the injuries and death of AURELIO RIVERA as follows:

A. Past and future physical pain and suffering;

B. Past and future mental anguish;

C. Medical expenses past, and future;

D. Loss of enjoyment of life;

E. Loss of support;

F. Loss of love and affection;

G. Funeral expenses; and

H. Loss of income.

14.

The petitioner, CHRISTOPHER RIVERA itemizes his damages associated with the wrongful death claims arising out of the injuries and death of AURELIO RIVERA as follows:

A. Past and future physical pain and suffering;

B. Past and future mental anguish;

C. Medical expenses past, and future;

D. Loss of enjoyment of life;

E. Loss of support; and

F. Loss of love and affection.

15.

The petitioners request service of citation on the named defendant.

16.

Pursuant to L.C.C.P. Article 1572, petitioners THERESA RIVERA and CHRISTOPHER RIVERA, asks this Court for written notice ten (10) days in advance of the date fixed for the Trial or hearing of any Exception, Motion, Rule or Trial on the Merits, in the captioned proceeding, pursuant to L.C.C.P. Articles 1913 and 1914, and requests immediate notice of all Interlocutory and Final Orders and Judgments or Exceptions, Motions, Rules, or the Trial on the Merits in the captioned proceeding.

WHEREFORE, the petitioner prays that the defendant, WAL-MART STORES, INC. be

served and cited to appear and answer this Petition, all as provided by law; that after all legal delays and proceedings are had, there be judgment jointly, severally, and *in solido* against the defendant, WAL-MART STORES, INC. and in favor of the petitioners for reasonable damages, with legal interest from the date of judicial demand until paid, and for all costs of these proceedings, along with such other relief as law, equity, and the nature of this case may require.

RESPECTFULLY SUBMITTED:

_____
WILLIAM E. MURA, JR. (#9834)
WARREN A. FORSTALL, JR. (#5717)
320 N. Carrollton Avenue, Suite 200
New Orleans, LA 70119
Telephone: (504) 483-3400
Facsimile: (504) 483-3447
Attorneys for petitioners

**PLEASE SERVE:**

WAL-MART STORES, INC.
through its registered agent for service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

5

**A TRUE COPY**

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA