UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERESA RIVERA, ET AL** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 19-CV-12616 |
| | * | |
| **WALMART, INC.** | * | JUDGE: EEF |
| | * | |
| | * | MAGISTRATE: DD |

## MOTION TO EXTEND THE DISCOVERY DEADLINE

**NOW INTO COURT**, comes William E. Mura, Jr., counsel for plaintiffs, Theresa Rivera and Christopher Rivera and upon suggesting to this Honorable Court that discovery deadline is currently set for January 25, 2020.  Plaintiffs request an extension for the deposition of Dr. Cynthia Gardner for the reasons set forth in the forthcoming memorandum.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system this 22nd day of January, 2021.

RESPECTFULLY SUBMITTED:

    /s/ William E. Mura, Jr.
WILLIAM E. MURA, JR., (#9834)
WARREN A. FORSTALL, JR. (#5717)
320 N. Carrollton Ave., Suite 200
New Orleans, LA  70119
(504) 483-3400