UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERESA RIVERA, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 19-CV-12616** |
| | * | |
| **WALMART, INC.** | * | **JUDGE: EEF** |
| | * | |
| | * | **MAGISTRATE: DD** |

<u>**MEMORANDUM IN SUPPORT OF**</u>
<u>**MOTION TO EXTEND THE DISCOVERY DEADLINE**</u>

NOW INTO COURT, through undersigned counsel, comes plaintiffs, who move the Honorable Court for an extension of the discovery cut-off date for the following reasons:

I.

Pursuant to this Court's July 8, 2020 Order (Document No. 18), depositions for use at trial shall be completed no later than January 25, 2020.

II.

Aurelio Rivera's treating physician at the time of his death, Dr. Monica Villegas has moved to Tuscan, Arizona and is a uncooperative hostile witness.  She has stated that she will not cooperate by way of affidavit or deposition.  Dr. Monica Villegas refuses to speak with plaintiffs' counsel.  In fact, plaintiffs' counsel has been instructed by Dr. Villegas to go through Touro Infirmary General Counsel with any further communication.  Dr. Villegas no longer practices in New Orleans.  She no longer works Touro.

Therefore, plaintiffs will need to depose Dr. Cynthia Gardner.  Dr. Cynthia Gardner is a pathologist at the New Orleans Corners Office who reviewed Touro Hospital records in making the determination of the cause of death of Aurelio Rivera as stated in the amended death certificate.

III.

Further, Defendant has filed a Motion for Partial Summary Judgment on Wrongful Death in this matter currently set for submission on February 3, 2021. Plaintiff will need to depose Dr. Cynthia Gardner prior to this motion being heard because of circumstances beyond plaintiffs' control.

IV.

As a result of the pending motion, the need for additional witnesses, and extension of time to take the deposition of Dr. Gardner, pathologist, is required. This deposition is essential to Plaintiffs' case and to Plaintiff's opposition to defendant's Motion for Summary Judgment as to wrongful death.

V.

Plaintiffs respectfully request this Court to extend the discovery deadline to allow the deposition of Dr. Gardner.

VI.

The extension of the discovery deadline will not upset the current trial date or any other deadline set by the Court. There is no trial date.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system this 22nd day of January, 2021.

RESPECTFULLY SUBMITTED:

\_\_\_/s/ William E. Mura, Jr._____
WILLIAM E. MURA, JR., (#9834)
WARREN A. FORSTALL, JR. (#5717)
320 N. Carrollton Ave., Suite 200
New Orleans, LA  70119
(504) 483-3400