**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**THERESA RIVERA, ET AL**                   \*        **CIVIL ACTION**
                                            \*
**VERSUS**                                   \*        **NO. 19-CV-12616**
                                            \*
**WALMART, INC.**                            \*        **JUDGE: EEF**
                                            \*
                                            \*        **MAGISTRATE: DD**

<u>**ORDER**</u>

Considering the foregoing:

**IT IS ORDERED** by the court that the discovery deadline in the above numbered and

entitled cause, presently scheduled for January 25, 2020 be and the same is hereby continued to

allow the deposition of Dr. Cynthia Gardner.

New Orleans, Louisiana, this _____ day of _____, 2021.


_____
J U D G E