UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THERESA RIVERA, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 19-CV-12616** |
| | * | |
| **WALMART, INC.** | * | **JUDGE: EEF** |
| | * | |
| | * | **MAGISTRATE: DD** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that plaintiff's Motion to Extend Discovery Deadline will be brought before the Honorable Eldon E. Fallon, United States District Judge for the Eastern District of Louisiana on the 17th day of February, 2021. at 9:00a.m.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system this 22nd day of January, 2021.

RESPECTFULLY SUBMITTED:

   /s/ William E. Mura, Jr.
WILLIAM E. MURA, JR., (#9834)
WARREN A. FORSTALL, JR. (#5717)
320 N. Carrollton Ave., Suite 200
New Orleans, LA  70119
(504) 483-3400